UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **JUSTIN FUQUA,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Case No. 5:24-cv-104-ACA-SGC |
| ] | |
| **MORGAN COUNTY JAIL, et al.,** ] | |
| ] | |
| **Defendants.** ] | |

## MEMORANDUM OPINION

Plaintiff Justin Fuqua brought a Fourteenth Amendment excessive force claim against Defendants Trent McDowell and the Morgan County Jail under 42 U.S.C. § 1983. In June 2025, the magistrate judge entered a report recommending that the court grant Defendants' motion for summary judgment.[1] (Doc. 30; *see* doc. 26 at 1 (construing the special report, doc. 25, as a motion for summary judgment)). Although the magistrate judge advised the parties of their right to file specific written

---

[1] The court notes that the report and recommendation contains an "account of the [underlying] incident [based on] a declaration submitted by Officer McDowell." (Doc. 30 at 3 n.1). As a point of clarification, the report and recommendation provides the facts "in the light most favorable to" Mr. Fuqua and weighs all reasonable inferences and "resolve[s] all material disputes of fact in [his] favor." *Alcocer v. Mills*, 906 F.3d 944, 948 n.4 (11th Cir. 2018). The report and recommendation adopted Mr. Fuqua's version of the facts and credited his sworn allegations that he was "talking to" the officer when Officer McDowell choked him. (*Cf.* doc. 25-1 at 2 ¶ 3) (declaring that Mr. Fuqua yelled at the other officer). The finding that Mr. Fuqua "bowed up" is not disputed by Mr. Fuqua and is supported by video evidence.

objections within fourteen days (doc. 30 at 14), the court has not received any objections.

Mr. Fuqua's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. The court **WILL GRANT** Defendants' motion for summary judgment and **WILL ENTER SUMMARY JUDGMENT** in their favor. (Doc. 25).

The court will enter a separate final judgment consistent with this opinion.

**DONE** and **ORDERED** this August 14, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE